SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/8/07*

| | |
|---|---|
| JOHN HOU,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALBERTO GONZALES, Attorney General of the United States;<br>ROBERT MUELLER, Director of FBI;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services;<br>FRANK D. SICILIANO, Officer in Charge of the San Jose Citizenship and Immigration Service sub-office, in his official capacity,<br><br>　　　　　Defendants. | No. C 06-7358 RMW<br><br>**STIPULATION TO DISMISS; AND [] ORDER** |

Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action. *See* 8 U.S.C. 1447(b).

Each of the parties shall bear their own costs and fees.

| | | |
|---|---|---|
| 1 | Date: February 28, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 7 | | |
| 8 | | |
| 9 | Date: February 28, 2007 | _____/s/_____<br>GREGORY G. RHEAMS<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/8/07

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge